THE RESTIS LAW FIRM, P.C.
William R. Restis, Esq. (SBN 246823)
william@restislaw.com
402 West Broadway, Suite 1520
San Diego, California 92101
Tel: +1.619.270.8383

Attorney for Tommy Garrison and Christine Garrison

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMMY GARRISON**, an Individual, **CHRISTINE GARRISON**, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>**REGINALD BUDDY RINGGOLD, III aka Rasool Abdul Rahim El,** an Individual, **ROSEGOLD INVESTMENTS, LLP**, a Delaware Partnership, **and MASTER INVESTMENT GROUP, INC.**, a California Corporation,<br><br>Defendants. | Case No: 3:19-cv-00244-GPC-MSB<br><br>**REPLY IN SUPPORT OF ANTI-SLAPP MOTION and MOTION TO DISMISS COUNTERCLAIMS**<br><br>Date: September 6, 2019<br>Time: 1:30 p.m.<br>Judge: Hon. Gonzalo P. Curiel<br>Place: Courtroom 2D<br><br>**Related Case:** SEC v. Blockvest, LLC et al., No. 3:18-cv-2287 (S.D. Cal.) (Curiel J.) |

Plaintiffs Tommy Garrison and Christine Garrison ("Plaintiffs" or "the Garrisons") hereby respectfully file this reply in support their motion to strike and dismiss the Counterclaims brought against the Garrisons by defendant Reginald Buddy Ringgold III's a/k/a Rasool Abdul-Rahim El ("Defendant" or "Ringgold"). *See* Dkt No. 22 (the "Motion").

In its Order setting a briefing schedule, this Honorable Court required Ringgold to oppose Plaintiffs' Motion on or before July 26, 2019. Dkt No. 21. Ringgold failed to file a response, within the required time, or at all. Pursuant to this Court's Local Rules, Defendant's failure to oppose the Motion constitutes consent to granting it. L. Civ. R. 7.1(f)(3)(c). *Brooke v. Kashl Corp.*, 362 F. Supp. 3d 864, 878 (S.D. Cal. 2019).

As such, Plaintiffs respectfully request the Court vacate the September 6, 2019 hearing on the Motion, and grant it in every respect.

Dated: August 6, 2019                     Respectfully submitted,

                                          THE RESTIS LAW FIRM, P.C.

                                          /s/ William R. Restis____
                                          William R. Restis, Esq.
                                          402 W. Broadway, Suite 1520
                                          San Diego, CA 92101
                                          Tel: +1.619.270.8383
                                          Email: william@restislaw.com

- 1 -

REPLY ISO ANTI-SLAPP MOTION AND MOTION TO DISMISS COUNTERCLAIMS          3:19-cv-00244-GPC-MSB