THE RESTIS LAW FIRM, P.C.
William R. Restis, Esq. (SBN 246823)
william@restislaw.com
402 West Broadway, Suite 1520
San Diego, California 92101
Tel: +1.619.270.8383

Attorney for Tommy Garrison and Christine Garrison

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMMY GARRISON**, an Individual, **CHRISTINE GARRISON**, an Individual, <br><br> Plaintiffs, <br><br> v. <br><br> **REGINALD BUDDY RINGGOLD, III aka Rasool Abdul Rahim El,** an Individual, **ROSEGOLD INVESTMENTS, LLP**, a Delaware Partnership, **and MASTER INVESTMENT GROUP, INC.**, a California Corporation, <br><br> Defendants. | Case No: 3:19-cv-00244-GPC-MSB <br><br> **DECLARATION OF WILLIAM R. RESTIS IN SUPPORT OF MOTION FOR ATTORNEY'S FEES ON ANTI-SLAPP MOTION** <br><br> Date:  November 8, 2019 <br> Time: 1:30 p.m. <br> Judge: Hon. Gonzalo P. Curiel <br> Place: Courtroom 2D <br><br> **Related Case:** SEC v. Blockvest, LLC et al., No. 3:18-cv-2287 (S.D. Cal.) (Curiel J.) |

- 1 -

RESTIS DECL. ISO MOTION FOR ATTORNEY'S FEES ON ANTI-SLAPP MOTION                    3:19-cv-00244-GPC-MSB

I, William R. Restis, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am an attorney duly licensed and entitled to practice law in California and before the United States District Court for the Southern District of California. I am the CEO of The Restis Law Firm, P.C., and attorney for plaintiffs Tommy Garrison and Christine Garrison ("Garrisons" or "Defendants"). I have personal knowledge of the matters contained in this declaration, and if called upon to testify, I would and could competently do so as set forth herein.

2. I have over 13 years of experience prosecuting consumer and securities class actions, and corporate governance matters. I have been lead counsel or on the lead counsel team on several prominent class actions. My *Curriculum Vitae* is attached hereto as Exhibit A.

3. My usual and customary hourly rate is $750 per hour. RLF's usual and customary hourly rate for paralegal time is $195 per hour.

4. The information in this declaration regarding RLF's time and expenses is taken from contemporaneous electronic time and expense records prepared and/or maintained by RLF in the ordinary course of business. I reviewed these records to confirm both the accuracy of the entries as well as the necessity for, and reasonableness of, the time committed to the litigation. As a result of this review, I have reduced my hourly rate from $750 to $650 per hour for the purposes of this fee application, and reduced the rate for paralegal time from $195 to $150 per hour to ensure billing reasonableness in the San Diego legal marketplace.

/ / /

/ / /

/ / /

- 2 -

RESTIS DECL. ISO MOTION FOR ATTORNEY'S FEES ON ANTI-SLAPP MOTION    3:19-cv-00244-GPC-MSB

5.      As a result of this review and the adjustments made, I believe that the time reflected in the firm's lodestar calculation as set forth in this declaration is reasonable in amount and was necessary to prepare Plaintiffs Anti-SLAPP motion. Time expended to draft the FED. R. CIV. P. 12(b)(6) motion to dismiss was not included in this calculation. Nor was time included to draft the Reply to Plaintiffs' motion or the separate motion for attorneys fees. The following tables accurately reflects the time expended by RLF to prepare the Anti-SLAPP portion of Plaintiffs' Motion:

| Individual | Rate | | Hours | Fee |
|---|---|---|---|---|
| William R. Restis (P) | $ | 650.00 | 12.1 | $7,865 |
| Anne Donovan (Para) | $ | 150.00 | 1.9 | $285 |
| **Totals** | $ | | 14.0 | $8,150 |

6.      Because my time sheets contain potential attorney work product, they are not produced as an exhibit to this declaration. If requested by the Court, I am prepared to submit detailed time reports *in camera* for the Court's review.

I declare under penalty of perjury, under the laws of the United States, that the forgoing is true and correct.

Executed on September 13, 2019 at San Diego, California.

/s/ William R. Restis____

RESTIS DECL. ISO MOTION FOR ATTORNEY'S FEES ON ANTI-SLAPP MOTION                    3:19-cv-00244-GPC-MSB

# EXHIBIT A

EXHIBIT A
PAGE 1



## William R. Restis

### EDUCATION

- ❖ *U. San Diego School of Law*, J.D., 2006

- ❖ *James Madison College*, Michigan State University, B.A. 2002 (*Dean's List*)

### BAR ADMISSIONS

- ❖ California 2006

### COURT ADMISSIONS

- ❖ Southern District of California

- ❖ Northern District of California

- ❖ Central District of California

- ❖ Eastern District of California

- ❖ Ninth Circuit Court of Appeals

- ❖ California Fourth District Court of Appeals

- ❖ California Supreme Court

For over a decade, I have been litigating complex, multi-district, and multi-party class actions. I have recovered over two hundred million dollars in value for class members and clients, and changed the law to help protect them.

I founded The Restis Law Firm, P.C. in 2017. Prior to founding RLF, I represented investors and consumers at San Diego's oldest class action law firm, Finkelstein & Krinsk LLP.

In addition to class actions, I also practice other forms of complex litigation. This includes representing whistleblowers before the Department of Justice and Securities and Exchange Commission.

I also served as general counsel for two technology start-ups, and am a longtime board member of a highly successful non-profit.

I am currently Lead Counsel or co-counsel to Lead Counsel in the following cases:

⬦ *In re Tezos Securities Litigation,* No. 3:17-cv-06779-RS (N.D. Cal.) (class action challenging whether "Initial Coin Offering" of cryptocurrency was an illegal offer and sale of securities in violation of the Securities Act of 1933) (Co-Counsel to Court appointed Lead Counsel)

⬦ *Hunichen v. Atonomi LLC et al*, No. 2:19-cv-00615-RAJ-MAT (W.D. Wash) (class action challenging whether "Initial Coin Offering" of cryptocurrency was an illegal offer and sale of securities in violation of Washington Securities Act) (Co-lead counsel)

⬦ *Grevle v. Closets by Design, Inc.*, No. 2:19-cv-03881-JFW-AS (challenging fictitious discounts in violation of false advertising laws) (Lead Counsel)

Notable past cases that I was either lead attorney or had significant involvement include:

⚜ *Beck v. PLPCC et al.,* No. 37-2017-00037524-CU-BT-CTL (San Diego Sup. Ct.) (Final approval granted to class settlement redistributing medical marijuana cooperative profits to cooperative members) (Lead Class Counsel)

⚜ *Faasse et al. v. Coinbase, Inc.*, No. 3:18-cv-01382-JD (N.D. Cal.) (challenging Coinbase's ability to keep Bitcoin that was sent from Coinbase users to third parties but was never claimed) (Lead Counsel)

⚜ *Blevins v. Capital Alliance Group,* No. 2:18-cv-364-EAS-KAJ (S.D. Ohio) (won dismissal of TCPA class action within 4 months) (Lead Counsel for defendant)

⚜ *Northrup v. Capital Alliance Group,* No. 8:18-cv-23-JLS-DFM (C.D. Cal.) (won dismissal of TCPA class action within 8 months) (Lead Counsel for defendant)

⚜ *Hahn v. Massage Envy Franchising LLC*, No. 3:12-cv-000153 (S.D. Cal.) (nationwide settlement with 75% restitution of class members' lost prepaid massages valued by experts between $179-$225 million). In *Massage Envy*, I won every motion, and established complete liability to the class on *plaintiff's* motion for summary judgment. 2014 WL 5100220 (S.D. Cal. Sept. 25, 2014). In doing so, the Court adopted my proposed extension of California's doctrines on unconscionability, liquidated damages and franchisor liability that have since been relied upon by several courts.

⚜ *Sanai v. BMW of North America,* No. 2:12-cv-06105 (D.N.J.) (nationwide settlement recovering lost warranty and 100% reimbursement of repair costs valued by expert at $12.8 million)

⚜ *Derry v. Jackson Nat'l Insurance Co.*, No. 4:12-cv-1380 (N.D. Cal.) (California settlement recovering $11.2 million in annuity surrender charges, and reducing future surrender charges)

⚜ *Klien v. Walgreen Company et al.*, No. GIC 795254 (S.D. Sup. Ct.) (California class settlement prohibiting pharmacies from using medical information for marketing)

⚜ *Utility Consumers Action Network v. Albertsons, Inc. et al.*, No. GIC830069 (S.D. Sup. Ct.) (California class settlement prohibiting pharmacies from using medical information for marketing)

⚜ *Scherer v. Tiffany and Company, Co.*, 3:11-cv-00532 (S.D. Cal.) (class action settlement providing free Tiffany's merchandise)

⚜ *Austin v. Michaels Stores Inc.*, No. 37-2011-00085906 (S.D. Sup. Ct.) (class action settlement providing free merchandise)

⚜ *Saratoga Advantage Trust v. ICG, Inc. et al.*, No. 2:08-cv-00011 (S.D.W. Va.) ($1.4 million securities class action settlement)

+1.619.270.8383  •  restislaw.com  •  402 West Broadway, Suite 1520  •  San Diego, CA 92101

EXHIBIT A
PAGE 3